IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-00058-PSF-PAC

GARY ALLEN KEMPER,

    Plaintiff-Appellant,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant-Appellee.

## ORDER DENYING MOTION

    Plaintiff-Appellant's "Motion For Order To Remove Evidence To Attorney General John Suthers" (Dkt. # 56), filed July 29, 2005, is DENIED.  This case was terminated by Order dated January 9, 2004.

    DATED:  August 2, 2005

                                                    BY THE COURT:

                                                    s/ Phillip S. Figa

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge