IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-00058

GARY ALLEN KEMPER,

    Plaintiff-Appellant,

v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant-Appelle.

_____

**ORDER**
_____

    Plaintiff-Appellant's "Motion for New Trial" (Dkt. # 58) is DENIED.  Treating Mr. Kemper's motion as a motion to alter or amend judgment under F.R.Civ.P. 60(b), the Court finds no justification for granting the motion, including no showing of any newly discovered evidence that would form the basis for such reconsideration.  Plaintiff is urged to reapply for benefits with the Social Security Administration if he believes that updated information would affect his eligibility for disability status.

    DATED August 22, 2005.

                                  BY THE COURT:

                                  s/ Phillip S. Figa
                                  _____
                                  Phillip S. Figa
                                  United States District Judge